# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:97MJ149 |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR DISMISSAL |
| ANDREW CARLOS ORELLANA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED** the Motion for Dismissal (Filing No. 2) in the above-captioned case is granted as requested.

DATED this 29th day of March 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge